cc: All counsel of record

ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BRANDON K. MITCHELL, ) | CIV. NO. 02-00648 ACK-LEK |
| ) | |
| Plaintiff, ) | SPECIAL VERDICT |
| ) | |
| vs. ) | |
| ) | |
| CITY AND COUNTY OF HONOLULU; ) | |
| HONOLULU POLICE DEPARTMENT; ) | |
| LEE DONOHUE, Chief of Police; ) | |
| MICHAEL A. GOEAS, in his ) | |
| individual and official ) | |
| capacity as an HPD Officer; ) | |
| BRIAN T. BASCAR, in his ) | |
| individual and official ) | |
| capacity as an HPD Officer; ) | |
| DOE HONOLULU POLICE ) | |
| OFFICERS 1-25, et al. ) | |
| ) | |
| Defendants. ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 06 2005

at 1 o'clock and 15 min. P.M.
SUE BEITIA, CLERK

## SPECIAL VERDICT

The jury must answer all of the questions on this form, unless directed otherwise. To understand what issues are being submitted to you, you may wish to read over the entire special verdict before proceeding to answer. Answer the questions in numerical order. Follow all directions carefully. Each answer requires the unanimous agreement of all jurors. If you do not understand any question or if you wish to communicate with the Court on any other subject, you must do so in writing through the bailiff. After you have answered the required questions, the

239

foreperson shall sign and date the Special Verdict Form and notify the Court.

1. Did Plaintiff establish by a preponderance of the evidence that Defendant(s) used excessive force so as to violate Plaintiff's Fourth Amendment rights under the U.S. Constitution?

   Michael Goeas       Yes _____    No ✓
   Brian Bascar        Yes _____    No ✓

   If you answered "Yes" to any one Defendant, proceed to question number two. If you answered "No" to both Defendants, proceed to question number three.

2. Did Plaintiff establish by a preponderance of the evidence that Defendant(s) use of excessive force was a legal cause of Plaintiff's injuries? For each Defendant for whom you answered yes to question number one, answer yes or no below.

   Michael Goeas       Yes _____    No _____
   Brian Bascar        Yes _____    No _____

Proceed to question number three.

3. Did Plaintiff establish by a preponderance of the evidence that Defendant(s) failed to provide for his medical needs in violation of Plaintiff's Fourteenth Amendment rights under the U.S. Constitution? Answer yes or no after the name of each Defendant listed below.

   Michael Goeas     Yes _____     No ___✓___
   Brian Bascar      Yes _____     No ___✓___

   If you answered "Yes" to any one Defendant, proceed to question number four. If you answered "No" to both Defendants, proceed to question number six.

4. Did Plaintiff establish by a preponderance of the evidence that Defendant's(s') failure to provide for his medical needs was a legal cause of Plaintiff's injuries? For each Defendant for whom you answered yes to question number three, answer yes or no below.

   Michael Goeas     Yes _____     No _____
   Brian Bascar      Yes _____     No _____

If you answered "Yes" to any one Defendant, proceed to question number five. If you answered "No" to both Defendants, proceed to question number six.

5.  Would it be clear to a reasonable police officer that his conduct was unlawful in the situation confronted by Defendant Goeas and/or Bascar, with respect to Plaintiff's medical needs? Answer yes or no after the name of each Defendant listed below.

    Michael Goeas        Yes _____    No _____
    Brian Bascar         Yes _____    No _____

    Please note: Plaintiff is not entitled to damages for his claim of failure to provide for medical needs in violation of the Fourteenth Amendment to the U.S. Constitution as to any Defendant for whom you answered "No" to question number five.

    Proceed to question number six.

6.  Did Plaintiff establish by a preponderance of the evidence that Defendant(s) committed a battery on

Plaintiff?  Answer yes or no after the name of each Defendant listed below.

| | | |
|---|---|---|
| Michael Goeas | Yes _____ | No ✓ |
| Brian Bascar | Yes _____ | No ✓ |

If you answered "Yes" to any one Defendant, proceed to question number seven.  If you answered "No" to both Defendants, proceed to question number eight.

7.  Did Plaintiff establish by a preponderance of the evidence that Defendant(s) battery on Plaintiff was a legal cause of Plaintiff's injuries?  For each Defendant for whom you answered yes to question number six, answer yes or no below.

| | | |
|---|---|---|
| Michael Goeas | Yes _____ | No _____ |
| Brian Bascar | Yes _____ | No _____ |

Proceed to question number eight.

8.  Did Plaintiff establish by a preponderance of the evidence that Defendant(s) were negligent?  Answer yes or no after the name of each Defendant listed below.

Michael Goeas         Yes _____      No ___✓___

Brian Bascar          Yes _____      No ___✓___

If you answered "Yes" to any one Defendant, proceed to question number nine. If you answered "No" to both Defendants, proceed to question number thirteen.

9. Did Plaintiff establish by a preponderance of the evidence that Defendant(s) negligence was a legal cause of Plaintiff's injuries? For each Defendant for whom you answered yes to question number eight, answer yes or no below.

Michael Goeas         Yes _____      No _____

Brian Bascar          Yes _____      No _____

If you answered "Yes" to any one Defendant, proceed to question number ten. If you answered "No" to both Defendants, proceed to question number thirteen.

10. Have Defendants established by a preponderance of the evidence that Plaintiff was contributorily negligent?

Yes _____                    No _____

6

If you answered "Yes," proceed to question number eleven. If you answered "No," proceed to question number thirteen.

11. Have Defendants established by a preponderance of the evidence that Plaintiff's contributory negligence was a legal cause of his injuries?

    Yes _____        No _____

    If you answered "Yes," proceed to question number twelve. If you answered "No," proceed to question number thirteen.

12. What percentage of negligence, which was a legal cause of Plaintiff's injuries, do you attribute to each of the following parties:
    (Note: the total of the three numbers must add up to 100%)

    | Party | % |
    |---|---|
    | Plaintiff Brandon K. Mitchell | _____ % |
    | Defendant Michael Goeas | _____ % |
    | Defendant Brian Bascar | _____ % |
    | = | 100 % |

Proceed to question thirteen.

13. Did Plaintiff establish by a preponderance of the evidence that Defendant Goeas, Defendant Bascar, or both of them was/were acting within the course and scope of their employment as police officers with Defendant City and County of Honolulu? Answer yes or no after the name of each Defendant listed below.

Michael Goeas       Yes ✓       No ____
Brian Bascar        Yes ✓       No ____

Note that if you answered "Yes" to question number thirteen, then the City and County of Honolulu is also liable for Defendant Goeas' and/or Bascar's conduct, under Plaintiff's state law claims, as his/their employer thru the doctrine of respondeat superior.

The following instructions should be completed as to each Defendant. If you answered: (1) "Yes" to question numbers two, seven, or nine; or (2) both "Yes" to question number four and "Yes" to question number five, proceed to question number fourteen. But Please note the following:

8

- If you answered "Yes" to question number eleven, and in question number twelve answered that Plaintiff's negligence was over 50% of the legal cause of his injuries, Plaintiff is not entitled to damages for negligence.

- If you answered "Yes" to question number eleven, and in question number twelve answered that Plaintiff's negligence was 50% or less of the legal cause of his injuries, you should reduce the amount of damages you award for negligence by the percentage of negligence you attribute to Plaintiff.

The following instructions should be completed as to each Defendant. If you (1) did not answer question numbers two, seven, nine and either question number four or question number five; OR (2) answered "No" to question numbers two, four, seven and nine; OR (3) answered "No" to question numbers two, seven, nine and "Yes" to question number four but "No" to question number five, do not answer any further questions, have the foreperson sign and date the special verdict form, and contact the bailiff.

9

14. What amount in general and/or special damages, or nominal damages, if any, do you award to Plaintiff?

    General Damages           $ _____

    Special Damages           $ _____

        OR

    Nominal Damages of $1.00   $ _____

If you awarded Plaintiff any general and/or special damages, or nominal damages, proceed to question number fifteen. If you did not award Plaintiff any general and/or special damages, or nominal damages, do not answer any further questions, have the foreperson sign and date the special verdict form, and contact the bailiff.

15. The following instructions should be completed as to each Defendant. If you answered "Yes" to question number two and/or both "Yes" to question number four and "Yes" to question number five, has Plaintiff established by a preponderance of the evidence that Defendant(s) are liable for punitive damages for excessive use of force and/or failure to provide for

his medical needs in violation of his Fourth and Fourteenth Amendment rights under the U.S. Constitution? Answer yes or no after the name of each Defendant listed below.

| | | |
|---|---|---|
| Michael Goeas | Yes _____ | No _____ |
| Brian Bascar | Yes _____ | No _____ |

Proceed to question number sixteen.

16. The following instructions should be completed as to each Defendant. If you answered "Yes" to question number seven and/or question number nine, has Plaintiff established by clear and convincing evidence that Defendant(s) are liable for punitive damages for any state law claims, battery and/or negligence? Answer yes or no after the name of each Defendant listed below.

| | | |
|---|---|---|
| Michael Goeas | Yes _____ | No _____ |
| Brian Bascar | Yes _____ | No _____ |

If you answered "Yes" to any one Defendant, in either question number fifteen or question number sixteen,

proceed to question number seventeen. If you answered "No" to both Defendants in both question numbers fifteen and sixteen, have the foreperson sign and date the special verdict form, and contact the bailiff.

17. What amount in punitive damages do you award? For each Defendant for whom you answered yes to question number fifteen and/or question number sixteen, answer below.

    Michael Goeas        $ _____

    Brian Bascar         $ _____

Note that if you have found that punitive damages should be awarded, no Defendant should be punished by such damages more than once for the same conduct; ie, there should be no duplication of punitive damages. Have the foreperson sign and date this special verdict form and contact the bailiff.

DATED: Honolulu, Hawaii, _December 6, 2005_.

_____
Foreperson