AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

BRANDON K. MITCHELL

    Plaintiff(s),

V.

CITY AND COUNTY OF HONOLULU;
HONOLULU POLICE DEPARTMENT;
LEE DONOHUE, Chief of Police;
MICHAEL A. GOEAS, in his individual
and official capacity as a HPD Officer;
BRIAN T. BASCAR, in his individual
and official capacity as a HPD Officer;
DOE HONOLULU POLICE OFFICERS
1-25, et al.

    Defendant(s).

JUDGMENT IN A CIVIL CASE

Case: CV 02-00648 ACK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

December 8, 2005

At 4 o'clock and 00 min p.m.
SUE BEITIA, CLERK

[✓] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Defendants Michael A. Goeas, Brian T. Bascar and the City and County of Honolulu and against Plaintiff Brandon K. Mitchell pursuant to the "Special Verdict" filed on December 6, 2005.

cc: all counsel of record

December 8, 2005
Date

SUE BEITIA
Clerk

(By) Deputy Clerk