PLAINTIFF'S PROPOSED JURY INSTRUCTION NO. 6

A police officer may be liable under the Federal Civil Rights Law if he actively participated in a police detention during which a plaintiff's civil rights were violated, even if the officer's conduct, by itself, does not constitute a civil rights violation.

To be an active participant, an officer must be more than a mere bystander or simply present during the detention. For liability to attach, personal participation in the detention must occur.

Rutherford v. City of Berkeley, 780 F.2d 1444, 1448 (9th Cir. 1986); James v. T.G. Sadler, 909 F.2d 834, 837 (5th Cir. 1990); Jones v. Williams, 297 F.3d 930, 935-936 (9th Cir. 2002); Boyd v. Benton County, 374 F.3d 773, 780 (2004); Defendants' Supplemental Proposed Jury Instruction No. 1 (as modified).

(Formerly Plaintiff's First Amended Proposed Jury Instruction No. 13)


EXHIBIT A