DEFENDANTS' SUPPLEMENTAL PROPOSED JURY INSTRUCTION NO. 14

To hold a Defendant liable under Federal law, Plaintiff must prove by a preponderance of the evidence that the Defendant was an integral participant in the violation of Plaintiff's civil rights by the excessive use of force. While "integral participation" does not require that each officer's conduct by itself rise to the level of a constitutional violation, it does require proof of more than his mere presence at the scene of an unlawful act, or being a mere bystander, but that he was a full, active participant in the violation of Plaintiff's civil rights.

Boyd v. Benton County, 374 F.3d 773, 780 (9th Cir. 2004); Jones v. Williams, 297 F.3d 930, 936 (9th Cir. 2002).
[Defendants' Proposed Jury Instruction No. 13a; Defendants' First Supplemental Proposed Jury Instruction No. (1)(modified)]

15


EXHIBIT B