<u>DEFENDANTS' SUPPLEMENTAL PROPOSED JURY INSTRUCTION NO. 20</u>

Evidence of intoxication may be considered in combination with all other conduct, under the circumstances shown by the evidence, in arriving at your decision as to whether any party exercised or failed to exercise ordinary care.

<u>Johnson v. Robert's Hawaii Tour, Inc.</u>, 4 Haw.App. 175, 184, 664 P.2d 262, 269 (1983).


EXHIBIT C