<u>DEFENDANTS' SUPPLEMENTAL PROPOSED JURY INSTRUCTION NO. 21</u>

You must determine whether any of the parties in this case were negligent and whether such negligence on the part of a party was a legal cause of Plaintiff's injuries or damages. If you find that at least one defendant was negligent and such negligence was a legal cause of the injuries or damages, you must determine the total amount of plaintiff's damages, without regard to whether plaintiff's own negligence was also a legal cause of the injuries or damages.

If you find that more than one party was negligent and the negligence of each was a legal cause of the injuries or damages, then you must determine the degree to which each party's negligence contributed to the injuries or damages, expressed in percentage. The percentages allocated to the parties must total 100%.

Standard Jury Instructions (No. 6.2) of the United States' Magistrate Judges for the Federal District Court of the District of Hawaii.


EXHIBIT D