<u>DEFENDANTS' SUPPLEMENTAL PROPOSED JURY INSTRUCTION NO. 22</u>

If you find that Plaintiff's negligence is 50% or less, the Court will reduce the amount of damages you award by the percentage of negligence you attribute to Plaintiff.

If, on the other hand, you find that Plaintiff's negligence is more than 50%, the Court will enter judgment for defendants on Plaintiff's negligence claim and Plaintiff will not recover any damages on that claim.

Standard Jury Instructions (No. 6.4) of the United States' Magistrate Judges for the Federal District Court of the District of Hawaii.

23


EXHIBIT E