IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BRANDON K. MITCHELL, | ) CIVIL NO. 02-00648 ACK LEK |
| | ) |
| Plaintiff, | ) |
| | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| | ) |
| CITY AND COUNTY OF HONOLULU; HONOLULU POLICE DEPARTMENT; LEE DONOHUE, Chief of Police; MICHAEL A. GOEAS, in his individual and official capacity as an HPD Officer; BRIAN T. BASCAR, in his individual and official capacity as an HPD Officer; DOE HONOLULU POLICE OFFICERS 1-25, in their individual and official capacities; DOES 1-10, | ) |
| | ) |
| Defendants. | ) |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing shall be duly served upon the following by **hand delivery** on December 15, 2005, or as soon thereafter as service can be effected:

JAMES KAWASHIMA, ESQ.
BRIAN Y. HIYANE, ESQ.
LYLE Y. HARADA, ESQ.
745 Fort Street, Suite 500
Honolulu, Hawaii 96813

CARRIE K.S. OKINAGA, ESQ.
Corporation Counsel
JOHN S. MACKEY, ESQ.
Deputy Corporation Counsel
530 South King Street, Room 110
Honolulu, Hawaii 96813

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
HONOLULU POLICE DEPARTMENT,
LEE DONOHUE, MICHAEL A. GOEAS,
and BRIAN T. BASCAR

DATED: Honolulu, Hawaii, December 15, 2005.

_____
MARY A. WILKOWSKI
JANE A. KIMMEL
ROY J. BELL, III
Attorneys for Plaintiff