MARY A. WILKOWSKI #4622
304-C Iolani Avenue
Honolulu, Hawaii 96813
Telephone: (808) 536-5444 / Facsimile: (808) 591-2990
email: maw808@aol.com

JANE A. KIMMEL #7782
150 Hamakua Drive, Suite 305
Kailua, Hawaii 96734
Telephone: (808) 263-8422 / Facsimile: (808) 263-8422
email: kimmelj001@hawaii.rr.com

ROY J. BELL, III, Attorney at Law, A Law Corporation
ROY J. BELL, III #1739-0
841 Bishop Street, Suite 800
Honolulu, Hawaii 96813
Telephone: (808) 533-1163 / Facsimile: (808) 533-1248
email: roybell3@gte.net

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BRANDON K. MITCHELL, <br><br> Plaintiff, <br><br> vs. <br><br> CITY AND COUNTY OF HONOLULU; HONOLULU POLICE DEPARTMENT; LEE DONOHUE, Chief of Police; MICHAEL A. GOEAS, in his individual and official capacity as an HPD Officer; BRIAN T. BASCAR, in his individual and official capacity as an HPD Officer; DOE HONOLULU POLICE OFFICERS 1-25, in their individual and official capacities; DOES 1-10, <br><br> Defendants. | CIVIL NO. 02-00648 ACK LEK <br><br> NOTICE OF APPEAL; REPRESENTATION STATEMENT; CERTIFICATE OF SERVICE <br><br> TRIAL DATE: NOVEMBER 1, 2005 <br> TRIAL JUDGE: HON. ALAN C. KAY |

## NOTICE OF APPEAL

Notice is hereby given, pursuant to Rule 3(a)(1), Federal Rules of Appellate Procedure, that Brandon K. Mitchell, Plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeal for the Ninth Circuit from the Judgment entered in favor of Defendants Michael A. Goeas, Brian T. Bascar, and the City and County of Honolulu, and against Plaintiff Brandon K. Mitchell, pursuant to the "Special Verdict" filed on December 6, 2005, entered herein on December 8, 2005, and the Order Denying Plaintiff Brandon K. Mitchell's Motion for a New Trial, entered herein on January 6, 2006.

DATED: Honolulu, Hawaii, January 31, 2006.

_____
MARY A. WILKOWSKI
JANE A. KIMMEL
ROY J. BELL, III
Attorneys for Plaintiff
BRANDON K. MITCHELL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BRANDON K. MITCHELL, | CIVIL NO. 02-00648 ACK LEK |
| Plaintiff, | |
| vs. | CERTIFICATE OF SERVICE |
| CITY AND COUNTY OF HONOLULU; HONOLULU POLICE DEPARTMENT; LEE DONOHUE, Chief of Police; MICHAEL A. GOEAS, in his individual and official capacity as an HPD Officer; BRIAN T. BASCAR, in his individual and official capacity as an HPD Officer; DOE HONOLULU POLICE OFFICERS 1-25, in their individual and official capacities; DOES 1-10, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing shall be duly served upon the following by **hand delivery** on January 31, 2006, or as soon thereafter as service can be effected:

JAMES KAWASHIMA, ESQ.
TOBY M. TONAKI, ESQ.
745 Fort Street, Suite 500
Honolulu, Hawaii 96813

CARRIE K.S. OKINAGA, ESQ.
Corporation Counsel
JOHN S. MACKEY, ESQ.
Deputy Corporation Counsel
530 South King Street, Room 110
Honolulu, Hawaii 96813

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
HONOLULU POLICE DEPARTMENT,
MICHAEL A. GOEAS, and BRIAN T. BASCAR


DATED: Honolulu, Hawaii, January 31, 2006.

_____
MARY A. WILKOWSKI
JANE A. KIMMEL
ROY J. BELL, III
Attorneys for Plaintiff
BRANDON K. MITCHELL