IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BRANDON K. MITCHELL, | ) CIVIL NO. 02-00648 ACK LEK |
| Plaintiff, | ) |
| vs. | ) REPRESENTATION STATEMENT |
| CITY AND COUNTY OF HONOLULU; HONOLULU POLICE DEPARTMENT; LEE DONOHUE, Chief of Police; MICHAEL A. GOEAS, in his individual and official capacity as an HPD Officer; BRIAN T. BASCAR, in his individual and official capacity as an HPD Officer; DOE HONOLULU POLICE OFFICERS 1-25, in their individual and official capacities; DOES 1-10, | ) |
| Defendants. | ) |

REPRESENTATION STATEMENT

Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure, and Circuit Rule 3-2 of the Rules of the Ninth Circuit Court of Appeals, Brandon K. Mitchell, Plaintiff in the above-captioned matter, hereby submits his Representation Statement as follows:

| PARTY | COUNSEL |
|---|---|
| BRANDON K. MITCHELL (Plaintiff/Appellant) | ROY J. BELL, III, ESQ.<br>841 Bishop Street, Suite 800<br>Honolulu, Hawaii 96813<br>Telephone: (808) 533-1163/Facsimile: (808) 533-1248<br>Email: roybell3@gte.net<br><br>MARY A. WILKOWSKI. ESQ.<br>304-C Iolani Avenue<br>Honolulu, Hawaii 96813<br>Telephone: (808) 536-5444/Facsimile: (808) 591-2990<br>Email: maw808@aol.com<br><br>JANE A. KIMMEL, ESQ.<br>150 Hamakua Drive, Suite 305<br>Kailua, Hawaii 96734<br>Telephone: (808) 263-8422/Facsimile: (808) 263-8422<br>Email: kimmelj001@hawaii.rr.com |
| CITY AND COUNTY OF HONOLULU; HONOLULU POLICE DEPARTMENT; MICHAEL A. GOEAS, in his individual and official capacity as an HPD Officer; BRIAN T. BASCAR, in his individual and official capacity as an HPD Officer (Defendants/Appellees) | JAMES KAWASHIMA, ESQ.<br>TOBY M. TONAKI, ESQ.<br>745 Fort Street, Suite 500<br>Honolulu, Hawaii 96813<br>Telephone: (808) 275-0300/Facsimile: (808) 275-0399<br>Email: jkawashima@kltlaw.com<br><br>CARRIE K.S. OKINAGA, ESQ.<br>Corporation Counsel<br>JOHN S. MACKEY, ESQ.<br>Deputy Corporation Counsel<br>530 South King Street, Room 110<br>Honolulu, Hawaii 96813<br>Telephone: (808) 523-4702/Facsimile: (808) 523-4583<br>Email: jmackey@co.honolulu.hi.us |

DATED: Honolulu, Hawaii, January 31, 2006.

_____
MARY A. WILKOWSKI
JANE A. KIMMEL
ROY J. BELL, III
Attorneys for Plaintiff
BRANDON K. MITCHELL

---

REPRESENTATION STATEMENT, *Mitchell v. City and County of Honolulu, et al.*, Civil No. 02-00648 ACK LEK, In the United States District Court for the District of Hawaii.