# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

February 6, 2006

Roy J. Bell, III
Law Office of Roy J. Bell, III
841 Bishop Street, Suite 800
Honolulu, HI 96813

Re:   CV 02-00648 ACK-LEK   Mitchell vs. City and County of Honolulu

Dear Sir,

    The filing fee for an Appeal to the Ninth Circuit Court of Appeals is $255.00. Your appeal has been filed and processed on 1/31/06.

    Please remit the Filing Fee of $255.00 payable to the Clerk, U.S. District Court.

    If you cannot afford to pay the fees, you may:
1. File a motion to proceed without payment of fees in the district court.
2. If the district court denies your motion, you must either pay the fees or file a renewed motion in the Ninth Circuit.
3. If you do not pay your filing fees after a motion to proceed in forma pauperis is denied, in the Ninth Circuit, your appeal will be dismissed.

Sincerely Yours,

SUE BEITIA, CLERK

by: Eileen Sakoda
    Deputy Clerk

cc: