DOC

sent 2/6/06

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:** Mitchell vs. City and County of Honolulu, et al.

   **U.S. COURT OF APPEALS DOCKET NUMBER:** 06-15222

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII** ✓

   **U.S. DISTRICT COURT DOCKET NUMBER:** CV 02-00648 ACK-LEK

II. **DATE NOTICE OF APPEAL FILED:** 1/31/06

**RECEIVED**
CLERK, U.S. DISTRICT COURT
FEB 14 2006
DISTRICT OF HAWAII

III. **U.S. COURT OF APPEALS PAYMENT STATUS:**

   **DOCKET FEE PAID ON:**            **AMOUNT:**

   **NOT PAID YET:** ✓               **BILLED:** 2/6/06

   **U.S. GOVERNMENT APPEAL:**       **FEE WAIVED:**

   **WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?**

   **IF YES, SHOW DATE:**   **& ATTACH COPY OF ORDER/CJA**

   **WAS F.P. STATUS REVOKED:**   **DATE:**

   **WAS F.P. STATUS LIMITED IN SOME FASHION?**

   **IF YES, EXPLAIN:**

IV. **COMPANION CASES, IF ANY:**

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   Eileen Sakoda

---

**AMENDED NOTIFICATION** 2/22/06   **PAID** 2/8/06 #255 F.P.

**DISTRICT COURT CLERK BY:** _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)



SCANNED