UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
MAR 01 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| BRANDON K. MITCHELL, | No. 06-15222 |
|---|---|
| Plaintiff - Appellant, | D.C. No. CV-02-00648-ACK |
| v. | District of Hawaii, Honolulu |
| CITY AND COUNTY OF HONOLULU; et al., | ORDER |
| Defendants - Appellees. | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 03 2006

at 11 o'clock and 16 min. A M
SUE BEITIA, CLERK

The parties' stipulation to voluntary dismissal of this appeal is granted. This appeal is dismissed pursuant to Federal Rule of Appellate Procedure 42(b).

A certified copy of this order sent to the district court shall act as and for the mandate of this court. Cost to this appeal shall be allocated pursuant to the parties agreement.

For the Court:

CATHY A. CATTERSON
Clerk of the Court

Linda K. King
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
and Ninth Circuit Rule 27-10

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAR - 1 2006

by Deputy Clerk

pro 2.27